**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

        **Plaintiff-Appellee,**

                      **Case No. 10-C-925**
**v.**                              **(USCA No. 10-3483)**

**WILLIAM STAPLES also known as
ROBIN BOOKER,**

        **Movant-Appellant.**

---

# DECISION AND ORDER

---

On December 21, 2010, Movant William Staples ("Staples") filed with this Court a document, with the heading "In the United States Court of Appeals for the Seventh Circuit," titled "supplement to motion for a certificate of appealability." The document was docketed by the Clerk of Court as a request for a certificate of appealability.

The document's caption, title, and opening line suggest that the document supplements an earlier filing requesting a certificate of appealability, although none was filed with this Court. However, reference to the court of appeals' docket reveals that Staples has a pending motion for a certificate of appealability with that court that has been referred to the staff attorney – noted on the docket as "S/A." In light of the foregoing, the Clerk of Court is directed to transfer the supplement to the court of appeals for consideration and Staples's request for a certificate of appealability pending before this Court is denied as moot.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

The Clerk of Court **TRANSFER** Staples's supplement to motion for a certificate of appealability to the Court of Appeals for the Seventh Circuit for consideration and the request for a certificate of appealability pending with this Court is **DENIED** as moot.

Dated at Milwaukee, Wisconsin this 31st day of December, 2010..

                        **BY THE COURT**

                        *s/ Rudolph T. Randa*
                        **Hon. Rudolph T. Randa**
                        **U.S. District Judge**